IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALID A. MUHAMMAD,<br>　　Plaintiff<br><br>　　v.<br><br>SUPERINTENDENT DEBALSO, et al.,<br>　　Defendants | No. 1:19-cv-666<br><br>(Judge Kane) |

## ORDER

**AND NOW**, on this 17th day of June 2019, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 18) is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted and without further leave to amend, as any further amendment would be futile. See Foman v. Davis, 371 U.S. 178, 182 (1962); Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000); and

2. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania